No. 86–805.  PINTER ET AL. *v.* DAHL ET AL.  C. A. 5th Cir. [Certiorari granted, 481 U. S. 1012.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 86–946.  EMPLOYMENT DIVISION, DEPARTMENT OF HUMAN RESOURCES OF THE STATE OF OREGON, ET AL. *v.* SMITH; and
No. 86–947.  EMPLOYMENT DIVISION, DEPARTMENT OF HUMAN RESOURCES OF THE STATE OF OREGON, ET AL. *v.* BLACK.  Sup. Ct. Ore.  [Certiorari granted, 480 U. S. 916.] Motion of American Civil Liberties Union Foundation et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied.

No. 86–1387.  MACKEY ET AL. *v.* LANIER COLLECTION AGENCY & SERVICE, INC.  Sup. Ct. Ga.  [Certiorari granted, *ante*, p. 1004.]  Motion of National Conference of State Legislatures et al. for leave to file a brief as *amici curiae* granted.

No. 86–1415.  MARINO ET AL. *v.* ORTIZ ET AL.; and COSTELLO ET AL *v.* NEW YORK CITY POLICE DEPARTMENT ET AL.  C. A. 2d Cir.  [Certiorari granted, 481 U. S. 1047 and 482 U. S. 912.] Motions of Lawyers' Committee for Civil Rights Under Law, Equal Employment Advisory Council, and National League of Cities et al. for leave to file briefs as *amici curiae* granted.

No. 86–1419.  OREGON DEPARTMENT OF HUMAN RESOURCES ET AL. *v.* COOS BAY CARE CENTER ET AL.  C. A. 9th Cir.  [Certiorari granted, 481 U. S. 1036.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 86–1430.  PERALTA *v.* HEIGHTS MEDICAL CENTER, INC., DBA HEIGHTS HOSPITAL, ET AL.  Ct. App. Tex., 1st Dist. [Probable jurisdiction noted, 481 U. S. 1067.] Motion of appellant to dispense with printing the joint appendix granted.